FILED'09 JAN 09 16:19USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DOUGLAS EWALD,           )
                                         )
        Plaintiff,      )    Civil No. 03-1274-JE
                                         )
    v.                         )    <u>O R D E R</u>
                                         )
COMMISSIONER OF SOCIAL SECURITY,   )
                                         )
        Defendant.     )

Douglas Ewald
309 S.W. Fourth Avenue
Portland, OR  97204

  Plaintiff Pro Se

Neil J. Evans
UNITED STATES ATTORNEY'S OFFICE
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902

L. Jamala Edwards
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, WA  98104-7075

  Attorneys for Defendant

JONES, Judge:

Magistrate Judge John Jelderks filed Findings and Recommendation (#44) on November 24, 2008, in the above-entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation (#44) dated November 24, 2008, in its entirety. Defendant's motion (#41) for summary judgment is granted and this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this \_\_\_9th\_\_\_ day of January, 2009.

_____
ROBERT E. JONES
United States District Judge